ARMSTRONG, executrix, *v.* ALABAMA FERTILIZER Co. *et al.*

COBB, J.    In view of the allegations in the pleadings, and the evidence as it appeared before the judge of the court below, no such abuse of discretion in appointing a receiver has been shown as would authorize this court to interfere.

*Judgment affirmed.    All the Justices concurring.*

Argued June 17,—Decided July 27, 1898.

Injunction and receiver.    Before Judge Janes.    Floyd county.    April 18, 1898. .

*Dean & Dean,* for plaintiff in error.
*Fouche & Fouche,* contra.

---

RHODES, administrator, *v.* ROYAL GOLD MINING COMPANY.

COBB, J.    This being an application for an injunction, and the evidence being conflicting, this court will not interfere with the discretion of the trial judge in refusing to grant the same.

*Judgment affirmed.    All the Justices concurring.*

Argued June 21,—Decided July 27, 1898.

Petition for injunction.    Before Judge Janes.    Haralson county.    May 31, 1898.

*E. S. & G. D. Griffith, J. M. McBride* and *S. L. Craven,* for plaintiff.    *Napier & Cox* and *Head & Head,* for defendant.